# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERROD FINDER on behalf of himself and a class of others similarly situated,**<br><br>**Plaintiff**<br><br>v.<br><br>**LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive,**<br><br>**Defendants** | CASE NO. 1:13-CV-2059 AWI BAM<br><br>ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants have made a motion for judgment on the pleadings. Doc. 6. Plaintiff opposes the motion. Doc. 8. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 28, 2014, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 23, 2014                        _____
                                               SENIOR DISTRICT JUDGE