1  LAW OFFICES OF MORRIS NAZARIAN
2  Morris Nazarian, SBN. 230275
   1925 Century Park East, Suite 2120
3  Los Angeles, CA 90067
4  Telephone: (310) 284-7333
   Facsimile: (310) 284-7332
5  Email: monazarian@yahoo.com

6
7  Attorneys for Plaintiff
   JERROD FINDER
8
   HANSON BRIDGETT LLP
9  SANDRA L. RAPPAPORT, SBN 172990
10 EMILY H. FULMER, SBN 279419
   425 Market Street, 26th Floor
11 San Francisco, California 94105
12 Telephone: (415) 777-3200
   Facsimile: (415) 541-9366
13
14 Attorneys for Defendants LEPRINO FOODS
   COMPANY and LEPRINO FOODS DAIRY
15 PRODUCTS COMPANY

16
                UNITED STATES DISTRICT COURT
17
                EASTERN DISTRICT OF CALIFORNIA
18

| 19 | JERROD FINDER, on behalf of himself and a class of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:13-CV-2059 AWI-BAM<br><br>Scheduling Conference<br>Date:   9/21/2015<br>Time:   9:30 A.M<br>Ctrm.:   Courtroom 8<br><br>**JOINT STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>[Presiding Judge: The Honorable Judge Ishii<br>[Magistrate Judge: The Honorable Barbara A. McAuliffe (Courtroom 80] |
|---|---|

11488393.1

The Initial Scheduling Conference in the above referenced matter is currently scheduled for September 21, 2015. Counsel for Plaintiff will be out of the country through September 21, 2015. The parties are waiting for the Court's ruling regarding the Defendants' Motion to Dismiss as the matter was submitted for decision on May 27, 2015. Wherefore, the parties, by and through their respective counsel of record, hereby stipulate and request that the Scheduling Conference be continued from September 21, 2015 to November 2, 2015 at 9:00 a.m.

IT IS SO STIPULATED AND AGREED.

Dated: August 26, 2015          LAW OFFICES OF MORRIS NAZARIAN

                                By   /s/ *Morris Nazarian*                   *v*
                                     Morris Nazarian, Esq.
                                     Attorney for Plaintiff
                                     JERROD FINDER


Dated: August 24, 2015          HANSON BRIDGETT LLP


                                By:  /s/ Emily H. Fulmer
                                     SANDRA L. RAPPAPORT
                                     EMILY H. FULMER
                                     Attorneys for LEPRINO FOODS
                                     COMPANY and LEPRINO FOODS
                                     DAIRY PRODUCTS COMPANY

11488393.1

LAW OFFICES OF MORRIS NAZARIAN
Morris Nazarian, SBN. 230275
1925 Century Park East, Suite 2120
Los Angeles, CA 90067
Telephone: (310) 284-7333
Facsimile: (310) 284-7332
Email: monazarian@yahoo.com

Attorneys for Plaintiff
JERROD FINDER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD FINDER, on behalf of himself and a class of others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:13-CV-2059 AWI-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Based on the foregoing Stipulation, the September 21, 2015 the Scheduling Conference has been continued to November 2, 2015 at 9:00 a.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:  **August 27, 2015**              /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

11488393.1