1  HANSON BRIDGETT LLP
   SANDRA L. RAPPAPORT, SBN 172990
2  srappaport@hansonbridgett.com
   MOLLY L. KABAN, SBN 232477
3  mkaban@hansonbridgett.com
   DANIEL R. LENTZ, SBN 309365
4  dlentz@hansonbridgett.com
   KYLE A. MABE, SBN 295735
5  kmabe@hansonbridgett.com
   425 Market Street, 26th Floor
6  San Francisco, California 94105
   Telephone:    (415) 777-3200
7  Facsimile:    (415) 541-9366

8  Attorneys for Defendants
   LEPRINO FOODS COMPANY and LEPRINO
9  FOODS DAIRY PRODUCTS COMPANY

10                 **UNITED STATES DISTRICT COURT**

11         **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

12

13  JERROD FINDER, on behalf of himself and a        CASE NO. 1:13-CV-02059-AWI-BAM
14  class of others similarly situated,
                                                     **DECLARATION OF SANDRA L.**
15                Plaintiff,                          **RAPPAPORT IN SUPPORT OF**
                                                     **DEFENDANTS' MOTION FOR ORDER**
16         v.                                        **LIMITING PLAINTIFFS' COUNSEL'S**
                                                     **COMMUNICATIONS WITH PUTATIVE**
17  LEPRINO FOODS COMPANY, a Colorado                **CLASS MEMBERS**
    Corporation; LEPRINO FOODS DAIRY
18  PRODUCTS COMPANY, a Colorado                     Filed Concurrently with NOTICE OF
    Corporation; and DOES 1 through 50,             MOTION AND MOTION; DECLARATION
19  inclusive,                                       OF ROBERT TUTTRUP; DECLARATION
                                                     OF KYLE A. MABE
20                Defendants.
                                                     Judge:   Hon. Barbara A. McAuliffe
21                                                   Date:    January 20, 2017
                                                     Time:    9:00 a.m.
22                                                   Crtrm.:  8, 6th Floor
                                                     **Action Filed**:   November 15, 2013
23

24

25         I, Sandra L. Rappaport, declare as follows:

26         1.      I am an attorney duly admitted to practice before this Court.  I am a partner with

27  Hanson Bridgett LLP, attorneys of record for Defendants LEPRINO FOODS COMPANY and

28  LEPRINO FOODS DAIRY PRODUCTS COMPANY (collectively, "Leprino").  I have personal

12875055.2

1  knowledge of the facts set forth herein, except as to those stated on information and belief and, as

2  to those, I am informed and believe them to be true.  If called as a witness, I could and would

3  competently testify to the matters stated herein.

4          2.        In October 2016, two Leprino managers, Robert Tuttrup and Kes Andersen,

5  informed me that they had received complaints from upset employees who had been notified that

6  the names of Leprino employees who had submitted declarations on behalf of Leprino in support

7  of Leprino's Opposition to Plaintiff's Motion for Class Certification had been posted to a

8  Facebook.com "Group" created by Philip Downey entitled "Leprino Lawsuit."  The managers told

9  me that employees expressed distress and fear of harassment from other employees by virtue of

10  having their names posted, and had asked whether the company could do anything to prevent these

11  postings.  Subsequently, several employees sent to Mr. Tuttrup screenshots of the posts about

12  which employees had complained, which Mr. Tuttrup forwarded to me for review.

13          3.        Leprino managers advised me that they continued to receive reports of complaints

14  regarding Facebook.com posts in the month of November.  In addition, I received a call from a

15  putative class member who wanted to know whether I could go to court to prevent the postings.

16  That class member forwarded to me directly additional screenshots of the Facebook.com posts

17  purportedly authored by Plaintiff Jonathon Talavera's counsel, Philip Downey.  The class member

18  with whom I spoke asked that the class member's name be left out of any court filing so that other

19  class members did not learn which class members had reported these communications.

20          4.        True and correct copies of several Facebook.com screenshots I received from Mr.

21  Tuttrup and putative class members are attached hereto as **Exhibit A**.  To protect the identity of

22  the class members who have reported the communications, so that they are not harassed or

23  intimidated by other class members or counsel, the identity of the Facebook account holders who

24  shared the postings have been redacted.I declare under penalty of perjury under the laws of the

25  United States of America that the foregoing is true and correct.

26  ////

27  ////

28  ////

DECLARATION OF SANDRA L. RAPPAPORT IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER
LIMITING PLAINTIFFS' COUNSEL'S COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS

12875055.2

1     Executed on this 23rd day of December, 2016, at San Francisco, California.

2

3                                    /s/ Sandra L. Rappaport

4                                    Sandra L. Rappaport

12875055.2

# EXHIBIT A

4140101.1



Stephen Spafford                              ✔ Seen by 76

Write a comment

**Phil Downey**
October 26 at 4:22pm

If anyone knows how Monica Mata was promoted so quickly at Leprino, with
specific information, including names, please contact me privately.

👍 Like      💬 Comment

                                              ✔ Seen by 76

Write a comment



ore

Write a comment

OLDER

**Phil Downey**
November 6 at 11 49am

How did FRANZ EMERSON make the leap from Purchasing clerk to
Supervisor in Warehouse w/o ever having worked a Red Hat, or even in the
Warehouse before being made a supervisor?

Like    Comment

✓ Seen by 69

Groups make it easier than ever
to share with friends, family and
teammates.

MORE WAYS TO CREATE

Friends Who Like
XFINITY

RECENT GROUP PHOTOS

✓ Seen by 70



← **Posts**



**Phil Downey ▶ Leprino Lawsuit**
Oct 21 at 1:02pm · 🌐

ATTENTION, please send me a text,  DO NOT POST A GROUP MESSAGE, if you know anything about the following individuals who are testifying for Leprino:

Darin Alexander
Christopher Aguilar
Acey Chávez
Phillip Cook
Richard Csillag
Adam Davis
Brad Dennis
Karen Doyle
Franz Emerson
Robert Esquer
Jerry Goforth
Jeff Gonzalez
Julie Hernandez
Deana Lawrence
Craig Lego
Stephanie Leonard
Alfredo Loera
Monica Mata
Marcos Martin
Riann Montoya
PATRICK Perez

 Write a comment... 

3



← **Posts**

Phillip Cook
Richard Csillag
Adam Davis
Brad Dennis
Karen Doyle
Franz Emerson
Robert Esquer
Jerry Goforth
Jeff Gonzalez
Julie Hernandez
Deana Lawrence
Craig Lego
Stephanie Leonard
Alfredo Loera
Monica Mata
Marcos Martin
Riann Montoya
PATRICK Perez
Louie Rodrigues
Thomas Robinson
Luis Sánchez
Shane Stull
Marcelino Val Valdez (Claims workers working for him did not have to clock out for meal breaks on days over 10 hours)

Anthony Vasquez

 Like           Comment

    Write a comment...

4



← **Posts**   🔍

 **Phil Downey ▶ Leprino Lawsuit**
9 hrs · 🔯

Stephanie Leonard in Processing said the following, it contradicts every interview i have had with hundreds of workers, including Supervisors.  IF YOU KNOW STEPHANIE LEONARD, DO NOT CONTACT HER TO DISCUSS HER STATEMENT as that could be considered witness intimidation.

"Occasionally, I work overtime. I have always been aware that I can take a second meal break on these longer shifts.  Currently, my practice is to take a second meal period before the 10th hour of work. Prior to 2015, I usually decided to waive my lunch break on shifts of less than 12 hours. Our supervisors would offer us a second meal break, and we had the option to take one or decline. I never felt pressure from supervisors to skip a meal break. It was always my personal choice to waive my second meal period on these shifts."

If anyone knows why she would say this, please contact me privately.

👍 Like           💬 Comment

👍 1

 Write a comment...   😊

5



FROM NOTIFICATIONS

**Phil Downey**
11 hrs

Stephanie Leonard in Processing said the following, it contradicts every interview I have had with hundreds of workers, including Supervisors. IF YOU KNOW STEPHANIE LEONARD, DO NOT CONTACT HER TO DISCUSS HER STATEMENT as that could be considered witness intimidation.

"Occasionally, I work overtime. I have always been aware that I can take a second meal break on these longer shifts. Currently, my practice is to take a second meal period before the 10th hour of work. Prior to 2015, I usually decided to waive my lunch break on shifts of less than 12 hours. Our supervisors would offer us a second meal break, and we had the option to take one or decline. I never felt pressure from supervisors to skip a meal break. It was always my personal choice to waive my second meal period on these shifts."

If anyone knows why she would say this, please contact me privately

Like     Comment

✓ Seen by 57

Terrie Harper Someone got promise a promotion lol
Like   Reply

Amber Prescott Rush You know that is true
Like   Reply



**Kirk Kirk** No problem.
Like   Reply   October 28 at 11.33am

Write a reply

**Phil Downey** Anybody know the last name of a person in Block who's first name is Benji, is he still employed with Leprino? Please respond privately.
Like   Reply   October 28 at 11 34am

**Krissy Prescott** Brine cage and i know him
Like   Reply   October 28 at 12 57pm

**Phil Downey** Is he still working there?
Like   Reply   October 28 at 2 19pm

**Krissy Prescott** Yes i believe he does
Like   Reply   October 28 at 5 56pm

Write a reply

**Kelly Randall** Yes he does first shift block
Like   Reply   November 4 at 11 08am

**Dedication Tattoo and Art Gallery**
Artist · 823 likes
Donald and 8 other friends like him

👍 **Like Page**

English (US)   Español   Português (Brasil)
Français (France)   Deutsch

Privacy   Terms   Advertising   Ad Choices
Cookies   More ·

Facebook © 2016



**Phil Downey**
October 28 at 11:12am

Is GILBERTO MORENO still employed at Leprino Foods? if not, is anyone in
contact with him?

Like        Comment

✔ Seen by 75

**Kelly Randall** Yes he is second shift in block
Like   Reply   November 4 at 11:07am

Write a comment

**Phil Downey**
October 29 at 2:03pm   Malanastis, NJ

8



**Phil Downey**
October 29 at 2 03pm · Malapardis NJ

ROBERT TUTTRUP, has sworn under oath that in 2013 a sign was posted
next to the KRONOS punch machine(s) and has always been posted, stating
the following:

"Since at least 2013, there have been signs placed at the tinne clacks at
LEW, whichare used by all putative class members. The signs state: Duty
free Meal Breaks. Employees are required to take a 30-minute unpaid duty-
free meal break prior to the end of the 5th hour of work. Employees who
work in excess of 10 hours in a
day are *required to take a second 30-minute unpaid duty-free meal break
prior to the end of the 1 th hour of work. Employees who work more than 12
hours in a day cannot waive a second meal break "

Please contact me PRIVATELY to discuss when this sign was put up. IF
anyone ever took photos of this are form 2012 onward, please let me know
privately.

9



**Phil Downey**
October 31 at 12:02pm · Maiapardis, NJ

## Is Tina Pierce still working at Leprino?
## Please reply privately.

👍 Like    💬 Comment

✔ Seen by 75

Write a comment

**Phil Downey**

RECENT ACTIVITY

My Job Depends On Ag
23 friends 66.661 members

 **Phil Downey**
November 5 at 6 06pm

# Is Jason Rocha still a supervisor at Leprino?

👍 Like 💬 Comment



✔ Seen by 73

**Buy Sell Trade Hanford lemoore armona riverdale 559 kings county**
36 friends 6.268 members

**Joe Woodward** Yes Processing manager
Like Reply November 5 at 6 07pm

**Phil Downey** Thx
Like Reply November 5 at 6 08pm

Write a comment



🔍 100%

11



**Phil Downey**
November 6 at 12:34pm

Did anyone ever work with Julie Hernandez in Whey? Please contact me privately.

Like    Comment

✓ Seen by 69

Write a comment

OLDER

**Phil Downey**
November 6 at 11:49am

Rolando Centeno Garcia    Add

DESCRIPTION    Add a D
Tell members what this group is about.

CREATE NEW GROUPS

Groups make it easier than ever to share with friends, family and teammates.

Creat

MORE WAYS TO CREATE



✔ Seen by 70

RECENT GROUP PHOTOS

Write a comment

SUGGESTED GROUPS

**Phil Downey**
November 6 at 7:16am

I need to hear, privately, ASAP form anyone whoever worked with ADAM DAVIS in Whey or Cheese.

👍 Like       💬 Comment

✔ Seen by 73

Write a comment

**My Job Depends On Ag**

RECENT ACTIVITY



English (US)  Español  Português (Brasil)
Français (France)  Deutsch

Privacy  Terms · Advertising  Ad Choices
Cookies  More ·

Facebook © 2016

**Phil Downey**
October 31 at 10:06am

LUIS SANCHEZ: I need to hear from anybody whoever had LUIS SANCHEZ as a Group Leader in Sanitation

👍 Like    💬 Comment

✓ Seen by 71

Write a comment...

**Phil Downey**



✔ Seen by 75

Write a comment

**Phil Downey**
October 31 at 10:07am

LUIS SANCHEZ: I need to hear form anyone whoever provided Br
Break Relief to Luis in any department. Please contact me privately.

👍 Like        💬 Comment

✔ Seen by 76

Write a comment

15



Write a comment

**Phil Downey**
October 31 at 10:05am

LUIS SANCHEZ: I need to hear form
anybody whoever worked under Luis
inWHEY.

Like     Comment

✓ Seen by 62

Write a comment



**Phil Downey**
October 29 at 8 47am

Does anyone know a Woman named in GLORIA who worked in Melt Lab. If so, what is her last name? She worked under Riann Montoya.

👍 Like    💬 Comment

✓ Seen by 80

**Jebus VonSchmammered Becerra**
Becerra
Automatically Translated
Like   Reply   🔵 1   October 29 at 1 03pm

Write a comment



**Phil Downey**
October 28 at 7:46am

I need to speak with a Supervisor or Red Hat who worked in MELT
LAB/Quality Engineering. Likewise I need to speak with people who had
PHILLIP COOK as a Supervisor or Group leader in Melt Lab. Please contact
me privately.

👍 Like     💬 Comment

✔ Seen by 74

Write a comment...

**Phil Downey**
October 27 at 4:30pm



**Phil Downey**
October 28 at 5:47pm

If anyone worked with ADAM DAVIS in WHEY, please contact me privately.

Like     Comment

Stephen Spafford                              ✔ Seen by 76

Write a comment ...

**Phil Downey**



Write a comment

**Phil Downey**
October 25 at 7:43pm

# if anyone ever worked with PATRICK PEREZ please contact me privately.

👍 Like      💬 Comment

✔ Seen by 76

Write a comment



✔ Seen by 76

Write a comment

**Phil Downey**
October 24 at 12.58pm

If anyone ever provided Break Relief to ACEY CHAVEZ, I need to hear from you privately.

👍 Like     💬 Comment

✔ Seen by 79

Write a comment



**Phil Downey**
October 24 at 12:56pm

If anyone works, or worked under the Supervision of Val Valdez, I need to hear form you privately. Thank you.

👍 Like     💬 Comment

❤ 1                                      ✔ Seen by 77

Write a comment

**Phil Downey**
October 22 at 1:56pm