1  HANSON BRIDGETT LLP
   SANDRA L. RAPPAPORT, SBN 172990
2  srappaport@hansonbridgett.com
   MOLLY L. KABAN, SBN 232477
3  mkaban@hansonbridgett.com
   KYLE A. MABE, SBN 295735
4  kmabe@hansonbridgett.com
   DANIEL R. LENTZ, SBN 309365
5  dlentz@hansonbridgett.com
   425 Market Street, 26th Floor
6  San Francisco, California 94105
   Telephone:   (415) 777-3200
7  Facsimile:   (415) 541-9366

8  Attorneys for Defendants
   LEPRINO FOODS COMPANY and LEPRINO
9  FOODS DAIRY PRODUCTS COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERROD FINDER, on behalf of himself and a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:13-cv-02059-AWI-BAM<br><br>**DECLARATION OF ROBERT TUTTRUP IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER LIMITING PLAINTIFFS' COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS**<br><br>*Filed Concurrently with NOTICE OF MOTION AND MOTION; DECLARATION OF SANDRA L. RAPPAPORT; DECLARATION OF KYLE A. MABE*<br><br>Judge:   Hon. Barbara A. McAuliffe<br>Date:    January 20, 2017<br>Time:    9:00 a.m.<br>Crtrm.:   8, 6th Floor<br>Action Filed:   November 15, 2013 |

I, Robert Tuttrup, declare as follows:

1. I am Plant Manager at Leprino Foods Lemoore West Plant for Defendants LEPRINO FOODS COMPANY and LEPRINO FOODS DAIRY PRODUCTS COMPANY ("Leprino") in the above-entitled action. I have personal knowledge of the facts set forth herein,

---

12879022.1

DECLARATION OF ROBERT TUTTRUP IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER LIMITING
PLAINTIFFS' COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS

except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Beginning in October of 2016, I began to receive reports from employees regarding a Facebook.com "Group" purportedly created by Plaintiff Jonathon Talavera's counsel, that I understood to be entitled something along the lines of "Phil Downey Leprino Lawsuit." Employees reported that postings on the Facebook.com website included the names of specific Leprino employees who had submitted declarations on behalf of Leprino in connection with Leprino's Opposition to Plaintiff's Motion for Class Certification. Employees forwarded me screenshots of some of those postings. Several of the posts I was sent by employees included insinuations that the employees, including myself, had submitted untrue declarations signed under oath. Complaints from my employees continued through November of 2016. I forwarded all screenshots of Facebook posts that I received to Leprino's counsel in this matter, Sandra Rappaport.

3. Employees expressed serious concerns regarding their privacy and worried about potential backlash as a result of their submission of truthful declarations on behalf of Leprino, and asked whether Leprino could do anything to prevent these postings on social media. As Plant Manager, I take complaints and worries of my employees very seriously, as my job duties include ensuring that employees feel safe and preventing harassment. I told employees who came to me with concerns that they were free to reach out to Leprino's counsel, Ms. Rappaport, about the matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of December, 2016, at Lemoore, California.

_____
Robert Tuttrup