HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
MOLLY L. KABAN, SBN 232477
mkaban@hansonbridgett.com
DANIEL R. LENTZ, SBN 309365
dlentz@hansonbridgett.com
KYLE A. MABE, SBN 295735
kmabe@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY and LEPRINO FOODS DAIRY PRODUCTS COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERROD FINDER, on behalf of himself and a class of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 1:13-CV-02059-AWI-BAM<br><br>**DECLARATION OF KYLE A. MABE IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER LIMITING PLAINTIFFS' COUNSEL'S COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS**<br><br>Filed Concurrently with NOTICE OF MOTION AND MOTION; DECLARATION OF ROBERT TUTTRUP; DECLARATION OF SANDRA L. RAPPAPORT<br><br>Judge:  Hon. Barbara A. McAuliffe<br>Date:   January 20, 2017<br>Time:   9:00 a.m.<br>Crtrm.: 8, 6th Floor<br>**Action Filed:**   November 15, 2013 |

I, Kyle A. Mabe, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Hanson Bridgett LLP, attorneys of record for Defendants LEPRINO FOODS COMPANY and LEPRINO FOODS DAIRY PRODUCTS COMPANY (collectively, "Leprino"). I have personal

knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. In September 2016, I and another associate at my firm met with a random sampling of Leprino employees for the purpose of obtaining declarations from the employees for use in support of Leprino's Opposition to Plaintiff's Motion for Class Certification.

3. At the beginning of each meeting, we explained the scope, purpose, and voluntary nature of the interviews to the interviewee employees, and each interviewee employee who wished to discuss the matter acknowledged that his or her participation was entirely voluntary and that there would be no benefit or detriment from either testifying or choosing not to testify.

4. Any employee who signed a declaration did so only after reviewing it, and making any changes he/she wished to make. Throughout the meetings we encouraged employees to tell the truth, and to make sure that anything in a declaration that they signed was truthful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of December, 2016, at San Francisco, California.

/s/ Kyle A. Mabe
Kyle A. Mabe

-2-
DECLARATION OF KYLE A. MABE IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER LIMITING PLAINTIFFS' COUNSEL'S COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS

12887261.1