Morris Nazarian (SBN 230275)
LAW OFFICES OF MORRIS NAZARIAN
1875 Century Park East, Suite 1790
Los Angeles, California 90067
Telephone: (310) 284-7333
Facsimile: (310) 284-7332

Attorneys for Finder and the Putative Classes

Philip A. Downey, Esq. *(pro hac vice)*
THE DOWNEY LAW FIRM, LLC
P.O. Box 1021
Unionville, Pennsylvania 19375
Phone: (610) 324-2848
Fax: ( 610) 813-4579

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD FINDER, on behalf of himself and a class of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 1:13-CV-2059 AWI-BAM<br><br>**Consolidated with:**<br>**Case No.: 1:15-CV-00105-AWI-BAM**<br><br>STIPULATED ADDENDUM TO PROTECTIVE ORDER GOVERNING CONFIDENTIALITY; **ORDER** |

| | |
|---|---|
| 1 | WHEREAS, on December 7, 2015, this Court entered a Stipulated Protective Order ("Stipulated Protective Order"), signed by Magistrate Judge Barbara A. McAullife in Case No.: 1:15-CV-00105-AWI-BAM [Court Docket Number 30]. |

WHEREAS, on December 7, 2015, this Court entered a Stipulated Protective Order ("Stipulated Protective Order"), signed by Magistrate Judge Barbara A. McAullife in Case No.: 1:15-CV-00105-AWI-BAM [Court Docket Number 30].

WHEREAS, on November 21, 2016, this Court consolidated the Finder (Case No. 1:13-CV-2059) and Talavera (Case No. 1:15-CV-00105) matters.

WHEREAS, Morris Nazarian requests to be a signatory to the Stipulated Protective Order.

IT IS STIPULATED by the parties through their respective counsel, and Ordered by the Court that Attorney Morris Nazarian shall be a signatory to the Stipulated Protective Order and bound by the terms thereof.

Dated: June 5, 2017          Law Offices Of Morris Nazarian

/S/ Morris Nazarian  
Morris Nazarian  
**Counsel for the Plaintiff and the putative class**

Dated: June 5, 2017          The Downey Law Firm, LLC

/S/ Philip Downey  
Philip Downey  
**Counsel for the Plaintiff and the putative class**

Dated: June 5, 2017          Hanson Bridgett LLP

 /S/ Sandra L.Rapaport                .
SANDRA L. RAPAPORT
**Counsel for Defendants Leprino Foods Company and Leprino Foods Dairy Products Company**

## ORDER

Having considered the stipulated addendum to the protective order filed and signed by all parties on June 5, 2017, the Court orders that Morris Nazarian shall be a signatory to the Protective Order.

IT IS SO ORDERED.

Dated**:  June 8, 2017**                    /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE