# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD FINDER, on behalf of himself and a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado corporation,<br><br>Defendants,<br><br>and consolidated case. | **CASE NO. 1:13-CV-2059-AWI-BAM**<br>**CASE NO. 2:18-CV-01017**<br><br><br><br>**ORDER RELATING AND REASSIGNING CASE** |

Pursuant to Local Rule 123(a)(1), (3), and (4), the Court concludes that the above-captioned case — *Finder v. Leprino Foods Company*, Case No. 1:13-cv-2059 — is related to *Howell v. Leprino Foods Company*, Case No. 2:18-cv-01017, which is currently assigned to Judge Kimberly J. Mueller. The Court further concludes that reassigning Case No. 2:18-cv-01017 pursuant to Local Rule 123(c) is likely to affect a savings of judicial effort and economy.

Accordingly, IT IS HEREBY ORDERED that:

1. Case No. 2-18-cv-01017 is REASSIGNED from Judge Kimberly J. Mueller to Judge Anthony W. Ishii and Magistrate Judge Barbara A. McAuliffe pursuant to Local Rule 123(c); and

2. Case No. 2-18-cv-01017 is given the new case number, Case No. 1:18-cv-1404, which the parties in that case shall use for all future filings.

IT IS SO ORDERED.

Dated: October 11, 2018

_____
SENIOR DISTRICT JUDGE