UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD FINDER, et al., | Case No. 1:13-cv-02059-AWI-BAM |
| Plaintiffs, | ORDER DENYING COUNSEL MORRIS NAZARIAN'S REQUEST TO SEAL DOCUMENTS |
| v. | |
| LEPRINO FOODS COMPANY, et al., | (Doc. No. 107) |
| Defendants. | |

Currently before the Court is the request of Morris Nazarian, counsel for Plaintiff Jerrod Finder, to file a declaration and attachments thereto under seal in response to the Court's Order to Show Cause issued to Philip A. Downey. (Doc. Nos. 99, 107.) The request to seal documents was not served upon any other parties or counsel and no timely opposition to the request was filed pursuant to Local Rule 141. For the reasons that follow, Mr. Nazarian's request for filing under seal is DENIED.

Mr. Nazarian asserts that there is good cause to file his declaration under seal because the declarations and attachments thereto "contain information that is protected by the attorney-client privilege as well as information that is protected by the confidentiality accorded to attorney work-product." (Doc. No. 107.) Mr. Nazarian also contends that the declaration and attachments thereto should remain confidential "based upon the very sensitive issues which

1

exist attendant to [the Order to Show Cause]." (*Id.*)

The Court does not believe that the information proposed would assist the Court in resolving the Order to Show Cause, as the sole remaining issues are whether Mr. Downey is regularly employed in California and whether he is regularly engaged in professional activities in California. (*See* Doc. No. 109.) Moreover, the Court finds that Mr. Downey should be provided notice and an opportunity to respond to any allegations which the Court would be asked to consider in resolving the Order to Show Cause.

While it appears from Mr. Nazarian's request that the declaration and attachments at issue are extraneous to the Order to Show Cause, if Mr. Nazarian would like the Court to consider any information pertaining to whether Mr. Downey is regularly employed in California or whether he is regularly engaged in professional activities in California, he may file the relevant documents in the publicly available docket, with any confidential or privileged information redacted. *See* Local Rule 140(b).

For these reasons, Mr. Nazarian's Request to File Under Seal is DENIED.

IT IS SO ORDERED.

Dated: **September 26, 2019**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE