UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERROD FINDER, on behalf of himself and a class of others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,**<br><br>**Defendants.** | CASE NO. 1:13-cv-02059-AWI-BAM<br><br>**ORDER ON DISCOVERY PERIOD** |

On November 15, 2016, the Court consolidated Finder v. Leprino, 1:13-cv-2059-AWI-BAM and Talavera v. Leprino, 1:15-cv-105-AWI-BAM. See Doc. No. 63. In issuing its order, the Court acknowledged that "[i]n *Talavera*, the parties have completed class certification-related discovery and [filed] a motion for class certification," but "[i]n *Finder*, the Court understands that no discovery has been conducted." Id. at 6. This distinction in discovery status is significant because the pending *Talavera* motion for class certification covers only the time period between 01/21/2011 and 09/12/2016 while the time period covered in *Finder* dates back to 12/17/2009. Id. at 6, 8; see also Doc. No. 136 at 1-2. In other words, discovery and class certification briefing are complete for the time period between 01/21/2011 and 09/12/2016 but not for the earlier time period between 12/17/2009 and 01/20/2011. Accordingly, the Court noted it would be required to both "maintain separate discovery procedures" and "delay [] the *Talavera* Action to allow discovery in the *Finder* Action." Doc. No. 63 at 6, 8.

In light of the parties' representation that no discovery has been conducted for Plaintiff's claims covering the time period between 12/17/2009 and 01/20/2011, it is appropriate to have the parties jointly file a Discovery Plan to investigate Plaintiff's claims covering this time period. See Ramirez v. Zimmerman, 2019 U.S. Dist. LEXIS 81336, *3 (S.D. Cal. May 14, 2019) ("Following the consolidation, the parties submitted a joint discovery plan, the Court held a case management conference, and issued a Consolidated Scheduling Order."); Vazquez v. Kraft Heinz Foods Co., 2018 U.S. Dist. LEXIS 67163, *3 n.1 (S.D. Cal. Apr. 19, 2018) (stating "several cases were consolidated to the present action and the parties were ordered to file a new Joint Discovery Plan to 'supersede the Joint Discovery Plan' previously filed"); Rainero v. Archon Corp., 2013 U.S. Dist. LEXIS 159696, *3-4 (D. Nev. Nov. 7, 2013).

Accordingly, IT IS HEREBY ORDERED that

1. as soon as possible but no later than ten (10) days from service of this Order, the parties shall jointly file a Discovery Plan regarding Plaintiff's claims covering the time period between 12/17/2009 and 01/20/2011. The Discovery Plan shall include dates when the parties are required to file supplemental briefing to the pending *Talavera* motion for class certification to account for this time period.
2. The case is referred back to the Magistrate Judge for purposes of reviewing the Discovery Plan and setting a new scheduling order.

IT IS SO ORDERED.

Dated:   September 27, 2022                          _____
                                                     SENIOR DISTRICT JUDGE