1  R. Rex Parris (SBN 96567)
      rrparris@parrislawyers.com
2  Ryan A. Crist (SBN 316653)
      rcrist@parrislawyers.com
3  **PARRIS LAW FIRM**
   43364 10th Street West
4  Lancaster, California 93534
   Telephone:  (661) 949-2595
5  Facsimile:   (661) 949-7524
   www.parris.com
6

7               UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10 | JONATHON TALAVERA, on behalf of himself and on behalf of all others similarly situated individuals, | Case No. 1:15-cv-00105-JLT-BAM |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| vs. | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)(II); [PROPOSED] ORDER** |
| LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Jonathan Talavera ("Plaintiff") and Defendants Leprino Foods Company and Leprino Foods Dairy Products Company ("Defendants") (collectively 'the Parties") hereby stipulate as follows:

WHEREAS, the Parties have executed a Settlement Agreement and Release to settle six consolidated class actions, including this case, with *Vasquez et. al v. Leprino Foods Company*, Case No. 1:17-cv-00796-JLT-BAM designated as the lead case ("the Settlement");

WHEREAS, the Court granted preliminary and final approval of the Settlement, and entered Judgment, in the consolidated *Vazquez* action (*see* Docs. 461, 477, and 479); and

WHEREAS, the Settlement provides for dismissal of this case with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the instant action entitled *Talavera v. Leprino Foods Company, et al.* Case Number 1:15-cv-00105-JLT-BAM, currently pending before the United States District Court for the Eastern District of California ("the Action"), shall be dismissed with prejudice;

2. Each party shall bear their own attorneys' fees and costs.

Dated: July 31, 2024                               **HANSON BRIDGETT LLP**

By: ___/s/ Lisa M. Pooley___
Lisa M. Pooley
Attorneys for Defendants

| | |
|---|---|
| 1  Dated: July 31, 2024 | **PARRIS LAW FIRM** |
| 3 | By: <u>　/s/ Ryan A. Crist　</u> |
| 4 | 　　　Ryan A. Crist |
| 5 | 　　　Attorneys for Plaintiff |

## **[PROPOSED] ORDER**

Based upon the foregoing Stipulation of Dismissal of Action With Prejudice Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and good cause appearing therefore, the Court here orders as follows:

1. The instant action entitled *Talavera v. Leprino Foods Company, et al.* Case Number 1:15-cv-00105-JLT-BAM, currently pending before the United States District Court for the Eastern District of California ("the Action"), is hereby dismissed with prejudice;

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____, 2024        _____

Honorable Jennifer L. Thurston
United States Eastern District Judge